COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| THE ESTATE OF JOEL SOTO by and through its independent administrator, MARIBEL AMADOR, and MARIBEL AMADOR, Indiv. and IVAN SOTO, JOSEL SOTO, JR., and PAULINA SOTO, all Indiv., By and Through Their Next Friend, MARIBEL AMADOR, | § § § § | No. 08-18-00007-CV Appeal from the 205th Judicial District Court of Hudspeth County, Texas |
| Appellants, | § | (TC#CV-04423-205) |
| v. | § | |
| BAUDELIO GONZALEZ MIRELES, | § | |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellants and their sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 21ST DAY OF AUGUST, 2019.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.